UNITED STATES of America, Appellant, v. Edith L. STEVENSON, Guardian of the Person and Estate of George L. Stevenson, an Incompetent Person, Appellee.

No. 7591.

Circuit Court of Appeals, Ninth Circuit.

Nov. 4, 1935.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal., and Will G. Beardslee, Director, Bureau of War Risk Litigation, of Washington, D. C., and Wilbur C. Pickett and Fendall Marbury, Sp. Assts. to Atty. Gen., for the United States.

Chenoweth & Whitehead, R. M. McManigal, and R. M. Chenoweth, all of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

DENMAN, Circuit Judge.

The pertinent facts in this appeal are similar to those in United States of America v. Lindholm et al. (C. C. A.) 79 F.(2d) 784, this day decided. The only difference worthy of mention is that instead of failing to file affidavits opposing plaintiff's motion for summary judgment, the appellant in the present case submitted defensive affidavits which were deemed insufficient.

For the reasons given in the opinion in the former case, the judgment herein is reversed.